```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  California Bar No. 149883
    Assistant United States Attorney
 5  Chief, Asset Forfeiture Section
        Federal Courthouse, 14th Floor
 6      312 North Spring Street
        Los Angeles, California 90012
 7      Telephone:  (213) 894-6166
        Facsimile:  (213) 894-7177
 8      E-mail: Steven.Welk@usdoj.gov

 9  Attorneys for Plaintiff
    United States of America
10
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. CV 12-05929-DSF (FMOx) |
|---|---|
| Plaintiff, | ) |
| v. | ) **CONSENT JUDGMENT** |
| $141,212.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |
| MICHAEL LYADDA, | ) |
| Claimant. | ) |

Plaintiff and Claimant Michael Lyadda ("Claimant") have made a stipulated request for the entry of this consent judgment of forfeiture resolving all claims concerning the defendant currency. Claimant filed a claim on September 21, 2012. No other party has made, or is believed to have any claim to the

1  defendant currency, and the time for filing claims has expired.
2      Good cause appearing therefor, the Court hereby **ORDERS,**
3  **ADJUDGES AND DECREES** that $10,000.00 of the defendant currency
4  shall be returned to Claimant through his attorney, David D.
5  Diamond, Esq. by wire transfer pursuant to instructions to be
6  supplied.  The remainder of the defendant currency (i.e.,
7  $131,212.00) is hereby forfeited to the United States, and no
8  other right, title or interest shall exist therein.
9      The Court finds that there was reasonable cause for the
10 seizure of the defendant currency and the institution of this
11 action.  This consent judgment shall be construed as a
12 certificate of reasonable cause pursuant to 28 U.S.C. § 2465.
13 Each of the parties shall bear its own fees and costs in
14 connection with the seizure, retention and return of the
15 defendant currency.

DATED: <u>October 18</u>, 2012

THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

<u>Prepared by</u>:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


    /s/
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

2